UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
AUG 16 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Thomas Daugherty Reader
(Plaintiff)

vs

Case No. SA23CA1024 JKP

Deputy Graham, Deputy Vasquez, Kerr County, TX
(Defendant)

## MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Thomas Daugherty Reader, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff  Thomas Daugherty Reader

Address  2036 Brian Drive

Kerrville, Texas  78028

Phone  (830)285-3771

Date  7-26-23

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES __X__  NO _____

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $ 900.00 per month

   Employer  DoorDash, Inc.

   303 2nd St, Suite 800 San Francisco, California 94107

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_____ per month

   Employer _____

2. Is your spouse presently employed? YES _____  NO __X__

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment? YES _X_ NO ____

   (b) Rent payment, interest or dividends? YES ____ NO _X_

   (c) Pensions, annuities, or life insurance payment? YES ____ NO _X_

   (d) Gifts or inheritances? YES ____ NO _X_

   (e) Any other sources? YES _X_ NO ____

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   **DoorDash is considered self-employment - $900/mo average**

   **I receive child support payments from NCP - $612/mo**

4. How much cash do you and your spouse have? $ **0**.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   **No money in bank account**

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address _____

   Value of Home _____

   Motor Vehicle #1 Make, Year, Model **Ford 2009 Focus**

   Value of Motor Vehicle #1 **$2,700.00**

3

      Motor Vehicle #2 Make, Year, Model _____

      Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____ NO _X_

   If the answer is "YES", describe the property and state its approximate value.

   _____

   _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _Sawyer Reader - daughter - $300/mo (100%); Ireland Reader - daughter - $300_

   _/mo (100%); Sutton Reader - son - $300/mo (100%)_____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____ NO _X_

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment __$780/mo_____

    Utilities (electricity, heating fuel, water, sewer, and phone) _$120_____

    Home maintenance (repairs and upkeep) _____

    Food __$800 - receive state assistance_____

4

Clothing  $20

Laundry and dry-cleaning _____

Medical and dental expenses _____

Transportation (not including motor vehicle payments) _____

Recreation, entertainment, newspapers, magazines, etc. _____

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance _____

    Motor vehicle insurance _____

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle _____

    Credit card _____

    Department store credit card _____

    Other installment payments _____

Alimony, maintenance and support paid to others  **$50/mo - Medicaid**

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _____

Other expenses _____

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

<u>I am indigent. I rely on DoorDash, child support and state assistance for my livelihood.</u>

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant