



**US POSTAGE PAID** $9.65
Origin: 78028
08/15/23
4846850028-18

**PRIORITY MAIL®**

0 Lb 3.60 Oz
RDC 01

EXPECTED DELIVERY DAY: 08/16/23

C009

SHIP TO:
262 W NUEVA
SAN ANTONIO TX 78207-4529

USPS TRACKING® #
9505 5126 7717 3227 7578 53

PRESS FIRMLY TO SEAL

- Expected delivery date sp
- Domestic shipments inclu
- USPS Tracking® service in
- Limited international insur
- When used internationally

*Insurance does not cover certain i
Domestic Mail Manual at http://pe.
** See International Mail Manual at

FLAT RATE E
ONE RATE ■ ANY WEIGH

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.
USPS.COM/PICKUP

**PRIORITY MAIL**
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM: Thomas Reader
103 Ranchero Rd.
Kerrville, TX 78028

RECEIVED
AUG 16 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

KN

TO: US District Court Clerks Office
262 West Nueva St.
Ste. 3-260
San Antonio, TX 78207

SA23CA1024 JKP

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

MJ-RBF