**Julie Vasquez**

| | |
|---|---|
| From: | csfrigeriolaw@sbcglobal.net |
| Sent: | Wednesday, October 11, 2023 12:48 PM |
| To: | readerbubba@gmail.com |
| Subject: | Reader v Kerr County et al |

Mr. Reader,

I spoke with you on September 29th regarding US District Judge Pulliam's Standing Order on Motions to Dismiss.

I specifically informed you that your Complaint was Deficient as Not alleging a Cause of Action against Kerr County.

To date you have not amended your Complaint. Please be advised that I will be filing a Motion to Dismiss on behalf of Kerr County.

Sincerely,

*Charles S. Frigerio*

Charles S. Frigerio | Attorney at Law | Law Offices of Charles S Frigerio PC
Riverview Towers | 111 Soledad, Ste 465 | San Antonio, TX | 78205
T: 210.271.7877 | F: 210.271.0602 | Email: csf@Frigeriolawfirm.com

   


ATTORNEY/CLIENT PRIVILEGED COMMUNICATION: ***CONFIDENTIALITY NOTICE***The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

# EXHIBIT A

1