IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **THOMAS DAUGHERTY READER** § § | |
| PLAINTIFF, § § | |
| VS. § § § | CIVIL ACTION NO. 5:23-CV-1024-JKP |
| **DEPUTY ERIC GRAHAM,** IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, § § **DEPUTY JIMMY VASQUEZ, JR.**, IN HIS § OFFICIAL AND INDIVIDUAL CAPACITIES, AND § **KERR COUNTY, TEXAS** § § DEFENDANTS. § § | |

**ORDER**

**ON THIS DAY** came on to be considered Defendant **KERR COUNTY**'s Motion to Dismiss, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure and the Court after having considered the Motion finds said Motion to be meritorious;

**IT IS THEREFORE, ORDERED** that Defendant **KERR COUNTY**'s Motion to Dismiss be in all things **GRANTED**.

SIGNED this _____ day of _____, 2023.

_____
JASON K. PULLIAM
UNITED STATES DISTRICT JUDGE