IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **THOMAS DAUGHERTY READER** § § PLAINTIFF, § § VS. § § § CIVIL ACTION NO. 5:23-CV-1024-JKP **DEPUTY ERIC GRAHAM,** IN HIS OFFICIAL § AND INDIVIDUAL CAPACITIES, § **DEPUTY JIMMY VASQUEZ, JR.**, IN HIS § OFFICIAL AND INDIVIDUAL CAPACITIES, AND § **KERR COUNTY, TEXAS** § § DEFENDANTS. § § | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **June 6, 2024**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 12, 2024** and each opposing party shall respond, in writing, by **July 24, 2024**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **September 19, 2024.**

4. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **August 29, 2024.** Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **October 1, 2024.** All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (11) days of receipt of the written report of the expert's proposed testimony, or within (11) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **November 11, 2024.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. The parties shall mediate this case on or before **January 24, 2025**, unless the parties seek an order from the Court excusing them from mediation.

8. All dispositive motions shall be filed no later than **December 11, 2024**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

9. This case is set for **jury selection and trial** on _____ at 9:30 a.m**.** The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

**SIGNED AND ENTERED** this _____ day of_____, 2024.

_____
**JASON K. PULLIAM**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csfrigeriolaw@sbcglobal.net
frigeriolaw1995@sbcglobal.net

BY:  //s// Charles S. Frigerio
　　　CHARLES S. FRIGERIO
　　　SBN:  07477500

　　　HECTOR X. SAENZ
　　　SBN:  17514850
ATTORNEYS FOR DEFENDANT
**CITY OF SCHERTZ, CHIEF MICHAEL R. HANSEN, OFFICERS FRANK CHAVARRIA, MEGAN FENNESY AND DANIELLE APGAR**



//s// Thomas Daugherty Reader w/ Permission
Thomas Daugherty Reader
Plaintiff Pro Se
2036 Brian Drive
Kerrville, Texas  78028
Tel. (830) 285-3771
readerbubba@gmail.com